IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN EARL KIMMONS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0963

Opinion filed May 2, 2017.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Steven Earl Kimmons, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Respondent.


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is granted. Case numbers 1D16-0204 and 1D16-0206 are hereby reinstated. Within 30 days of the date of the issuance of this opinion, the Office of Criminal Conflict and Civil Regional Counsel shall file either the initial briefs or notices of designation of the Public Defender in the appeals.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.